IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-09944 MCF |
| LUIS ANTONIO COLON ANDINO | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S NOTICE OF FILING OF *AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION***

**TO THE HONORABLE COURT:**

**COMES NOW, LUIS ANTONIO COLON ANDINO,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Chapter 7 Individual Debtor's Statement of Intention**, dated October 02, 2015, herewith and attached to this motion.

2. This *Amended Statement of Intention* is filed to include secured claim #1-1 filed by IRS and secured claim #4-1 filed by Department of Treasury concerning debtor's residential real property located at Hacienda San Jose Caguas, Puerto Rico, which claims debtor intends to pay "the value of its collateral".

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Statement of Intention
Case no. 14-09944 MCF7

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's sent via regular US mail to the debtor and to all creditors and interested parties appearing in the Office, and all CM/ECF participants; I also certify that a copy of this notice was master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 2nd day of October, 2015.

/s/Roberto Figueroa Carrasquillo
USDC #203614
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: **COLON ANDINO, LUIS ANTONIO**
Debtor(s)

Case No. **3:14-bk-9944**
Chapter **7**

## AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Banco Popular De Puerto Rico | **Describe Property Securing Debt:** Debtor owns a residential property located at Hacienda San Jose |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** Departamento de Hacienda | **Describe Property Securing Debt:** Debtor owns a residential property located at Hacienda San Jose |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Pay value of collateral/cramdown/bifurcate** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |

__**1**__ continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: **October 2, 2015**   /s/ **LUIS ANTONIO COLON ANDINO**
Signature of Debtor

Signature of Joint Debtor

B8 (Official Form 8) (12/08)

# AMENDED CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>IRS | **Describe Property Securing Debt:**<br>Debtor owns a residential property located at Hacienda San Jose |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Pay value of collateral/cramdown/bifurcate** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet __1__ of __1__

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO - JAM        POPULAR AUTO
0104-3                                   MORTGAGE SERVICING DEPARTMENT (762)       PO BOX 366818
Case 14-09944-MCF7                       PO BOX 362708                             SAN JUAN, PR 00936-6818
District of Puerto Rico                  SAN JUAN, PR 00936-2708
Old San Juan
Fri Oct  2 10:53:55 AST 2015

US Bankruptcy Court District of P.R.     AT&T Mobility Puerto Rico, Inc            BANCO POPULAR DE PUERTO RICO
Jose V Toledo Fed Bldg & US Courthouse   % AT&T Services, Inc                      MORTGAGE SERVICING DEPARTMENT (762)
300 Recinto Sur Street, Room 109         Karen Cavagnaro, Paralegal                PO BOX 362708
San Juan, PR 00901-1964                  One AT&T Way, Room 3A104                  SAN JUAN PR  00936-2708
                                         Bedminster, NJ 07921-2693


Banco Popular De Puerto Rico             Citi                                      DEPARTMENT OF TREASURY
PO Box 2708                              PO Box 6241                               SECTION OF BANKRUPTCY  424-B
San Juan, PR  00936                      Sioux Falls, SD 57117-6241                P.O. BOX 9024140
                                                                                   SAN JUAN P.R 00902-4140


Departamento de Hacienda                 HACIENDA SAN JOSE HOMEOWNERS ASSOCIATION  Hacienda San Jose Homeowners Association
PO Box 9024140                           PO BOX 4069                               200 Via Medieval
San Juan, PR  00902-4140                 BAYAMON, PR  00958-1069                   Caguas, PR  00727-3089


IRS                                      Ic Systems Inc                            Lcdo Reinaldo Cintron Flores
PO Box 7346                              PO Box 64378                              PO Box 4133
Philadelphia, PA  19101-7346             Saint Paul, MN  55164-0378                Bayamon, PR  00958-1133


Pediatrix Medical Group                  Sergio A Ramirez De Orellano Law Office   Synchrony Bank
PO Box 64378                             Banco Popular Center Ste 1133             c/o of Recovery Management Systems Corp
Saint Paul, MN  55164-0378               209 Ave Munoz Rivera                      25 S.E. 2nd Avenue, Suite 1120
                                         San Juan, PR 00918-1000                   Miami, FL 33131-1605


VILLANUEVA LOPEZ LAW OFFICES             LUIS ANTONIO COLON ANDINO                 MONSITA LECAROZ ARRIBAS
PO BOX 10441                             HACIENDA SAN JOSE                         OFFICE OF THE US TRUSTEE (UST)
SAN JUAN, PR  00922-0441                 SJ 95                                     OCHOA BUILDING
                                         CAGUAS, PR 00727                          500 TANCA STREET  SUITE 301
                                                                                   SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO            WIGBERTO LUGO MENDER                      End of Label Matrix
PO BOX 186                               LUGO MENDER & CO                          Mailable recipients   22
CAGUAS, PR 00726-0186                    CENTRO INTERNACIONAL DE MERCADEO          Bypassed recipients    0
                                         100 CARR 165  SUITE 501                   Total                 22
                                         GUAYNABO, PR 00968-8052
```