## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**COLON ANDINO, LUIS ANTONIO**<br><br>DEBTOR(S) | CASE NUMBER: **14-09944-MCF**<br><br>(Chapter 7)<br>NO ASSET CASE |
|---|---|

### NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

COMES NOW, Wigberto Lugo-Mender, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1. Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2. The property being abandoned is as follows:

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| **Debtor owns a residential property located at Hacienda San 50% interest Jose Urb San Juanera 95 Caguas, Puerto Rico. This property consists of: 4 bedrooms, 2.5 bathrooms, living & dinning room, kitchen, balcony and garage.**<br>**Total value is $265,000.00**<br>**Less mortgage $239,600.00 =$25,400.00** | $265,000.00 | 239,600.00 | 10,725.00 | 0.00 |

| Other Property | Schedule Value | Amount Secured | Claim Exemption | Value to Estate |
|---|---|---|---|---|
| Debtor has a l/3rd interest of 50% owned by Sucesion Golon composed of three (3) heirs; other 50% is owned by widow who uses this property as her residence; real property located at Vista Hermosa Development B 8 2nd Street Humacao Puerto Rico. Total value is $62,000.00 Less Llq Exp $2,963.00= $59,037.00 /l =929,518.50 Less Widow Usufruct $4,919.75 =$24,598.75 /3 =$8,199.59 Less Trustee's fees $9,313 | $8,200.00 | 0.00 | 7,018.00 | 0.00 |

3. The trustee intends and hereby abandons this property since this is burdensome or has no value to the estate.

4. Any objection to this abandonment must be filed in writing with the Court and served within fourteen (14) days of the mailing of this notice.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Date: July 10, 2015

s/ Wigberto Lugo Mender
Wigberto Lugo-Mender, Trustee
100 Carr 165 Ste 501
Guaynabo, PR 00968-8052
Tel. (787) 707-0404
Fax. (787) 707-0412